UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NAGEL RICE, LLP

             Plaintiffs,

        vs.

ALLIED WORLD INSURANCE
COMPANY,

             Defendants.

: Civil Action No.: 16-3888

**STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Allied World Insurance Company pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: Roseland, New Jersey
     March 29, 2017

NAGEL RICE LLP

By: _____
     Jay J. Rice

103 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 618-0400
Fax: (973) 618-0400
jrice@nagelrice.com

*Plaintiff Pro Se*

Dated: Washington, D.C.
     March 27, 2017

WILEY REIN LLP

By: _____
     Richard A. Simpson
     Mary E. Borja

1776 K Street NW
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
rsimpson@wileyrein.com
mborja@wileyrein.com

*Attorneys for Defendant Allied World
Insurance Company*